UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA

           Plaintiff,

      -v-                                                         11-CV-00203S

2004 HONDA ODYSSEY,
VIN: 5FNRL18614B059269,
TITLED AND REGISTERED TO
VALETA R. DUNN,

           Defendant.

## ORDER TO STRIKE THE CLAIM OF VALETA R. DUNN AND DEFAULT JUDGMENT AND ORDER OF FORFEITURE

      The plaintiff, the United States of America, has moved to Strike the Claim of Valeta R. Dunn and for a Judgment of Default and an Order of Forfeiture, pursuant to Rule G(8)(c)(i)(A) and Rule 55(b)(2) Federal Rules of Civil Procedure. After reviewing the affidavit of Mary Clare Kane, Assistant United States Attorney, sworn to on September 12, 2011, and it appearing that Valeta R. Dunn has failed to file an Answer with respect to the above captioned defendant property as required by the Warrant that was served upon her, as provided by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and it appearing that an Entry of Default against the defendant property has been entered in this action by the Clerk of the Court on July 6, 2011; and it appearing that no objections to the motion for default have been entered by any party and that the plaintiff is entitled to have a Judgment by Default entered; it is hereby

**ORDERED**, that the claim of Valeta R. Dunn is hereby stricken from the record and forever barred; and it is further

**ORDERED**, that Judgment of Default be entered against one 2004 Honda Odyssey, VIN: 5FNRL18614B059269 (herein referred to as the "defendant property"); and it is further

**ORDERED**, that the defendant property hereby is forfeited to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(4), and is to be disposed of by the United States Marshals Service according to law and; it is further

**ORDERED**, that all claims and interests in the defendant property, other than as reflected in this Order are forever forfeited, closed, and barred.

DATE:  October 25, 2011.
       Buffalo, New York.

                                                                s/William M. Skretny
                                                                WILLIAM M. SKRETNY
                                                                     Chief Judge
                                                           United States District Court